UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UBER TECHNOLOGIES, INC.; et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION,<br><br>Respondent,<br><br>JANE DOE LS 340, an individual; et al.,<br><br>Real Parties in Interest. | No. 23-3445, 24-5063<br><br>D.C. Nos.<br>3084<br>United States Judicial Panel on Multidistrict Litigation,<br>JPML<br><br>ORDER |

Before: McKEOWN, KOH, and JOHNSTONE, Circuit Judges.

Judge Koh and Judge Johnstone have voted to deny the petition for rehearing en banc, and Judge McKeown so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petition for rehearing en banc is DENIED.